# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>Ross, Jr., Clifton<br><br>                    Defendant. | Case No.: SACR 01-00017 DOC<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  CD  CA  , for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

A.   (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on  backgrd, cmty ties unknown; bail resources unknown; use of association w/multiple personal identifiers; history of noncompliance w/supervision conditions; substance abuse history; fta history

1
2
3   and/or
4 B.  (X) The defendant has not met his/her burden of establishing by clear and
5   convincing evidence that he/she is not likely to pose a danger to the safety of any
6   other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7   finding is based on _def's criminal history record,_
8   ~~and~~ _his conv of a new narcotics_
9   _offense while under supervision; his_
10  _gang affiliation history_
11
12
13      IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.
15
16  DATED: __12/31/08__
17                              ROBERT N. BLOCK
                                UNITED STATES MAGISTRATE JUDGE