FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUN - 8 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> Ross Jr., Clifton <br> Defendant. | Case No.: SACR01-17-DOC-2 <br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CDCA___ for alleged violation(s) of the terms and conditions of his/her [~~probation~~] [~~supervised~~] supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___background, cmty ties resources unknown; bail info unknown; history of non compliance w/ supervision conditions; assoc w/ multiple personal___

1     _identifiers;_

2

3    and/or

4 B.   (X) The defendant has not met his/her burden of establishing by clear and
5    convincing evidence that he/she is not likely to pose a danger to the safety of any
6    other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
7    finding is based on _extensive crim history record; nature_
8    _of alleged viol, which include commission of new_
9    _offense while under supervision_

13    IT THEREFORE IS ORDERED that the defendant be detained pending further
14 revocation proceedings.

16 DATED: _6/8/12_

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE

Page 2 of 2